ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          vatana.lay@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF SARM 2005-15,<br><br>Plaintiff,<br><br>vs.<br><br>VILLA SEDONA COMMUNITY ORGANIZATION; SFR INVESTMENTS POOL I, LLC;  NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:  2:16 cv 02740-RFB-PAL<br><br>**STIPULATION AND ORDER FOR SECURITY OF COSTS** |

**LIS PENDENS**

Plaintiff Wells Fargo Bank, National Association, as Trustee for the Certificateholders of SARM 2005-15 (**Wells Fargo**) and SFR Investments Pool 1, LLC  (**SFR**), hereby stipulate and agree as follows:

…

…

…

…

…

{40313264;1}                                        1

1. Pursuant to NRS 18.130(1) and the SFR's Demand for Security of Costs Pursuant to NRS 18.130(1) filed by SFR on December 16, 2016 [ECF No. 12], is granted.

2. Wells Fargo shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to SFR within seven (7) days of the entry of this order.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Vatana Lay, Esq.* | */s/ Diana Cline Ebron, Esq.* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff* | DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorney for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: January 10, 2017

{40313264;1}