DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
Attorneys for SFR Investments Pool 1, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS, OF SARM 2005-15,<br><br>Plaintiff,<br><br>vs.<br><br>VILLA SEDONA COMMUNITY ORGANIZATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC,<br><br>Defendants. | Case No. 2:16-cv-02740-RFB-PAL<br><br>**STIPULATION AND ORDER DISMISSING JASON MARTINO WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS, OF SARM 2005-15; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee beneficiary for COUNTRYWIDE HOME LOANS, INC.; and JASON MARTINO, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

Cross-Defendant JASON MARTINO ("Martino") stipulates and agrees that he no

- 1 -

1 longer has any interest, ownership or otherwise, in the real property commonly known as 2284 Crooked Creek Avenue, Las Vegas, NV 89183; Parcel No. 177-11-611-019 ("Property"). Martino has been informed that the Property was sold on September 21, 2012 by the foreclosure sale conducted by Nevada Association Services, Inc. ("NAS"), agent for Villa Sedona Community Organization ("the Association"). Martino further stipulates and agrees that he will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201209250001231 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR and Martino stipulate and agree that Martino shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

| Dated this 22nd day of February, 2017. | Dated this 22 day of 2, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **JASON MARTINO** |
| DIANA CLINE EBRON, ESQ. <br> Nevada Bar No. 10580 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89139 <br> Phone: (702) 485-3300 <br> Fax: (702) 485-3301 <br> *Attorneys for SFR Investments Pool 1, LLC* | JASON MARTINO <br> *Cross-Defendant* <br> c/o Rodney K. Okano, Esq. <br> Nevada Bar No. 7852 <br> Law Office of Rodney K. Okano <br> 2300 W. Sahara Avenue, Suite 800 <br> Las Vegas, NV 89102 <br> Phone: (702) 566-3600 <br> *Attorney for Cross-Defendant Jason Martino* |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendant JASON MARTINO shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED this 23rd day of February, 2017.

RICHARD F. BOULWARE, II
United States District Judge

- 2 -

Respectfully submitted:

/s/ Diana Cline Ebron
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:     (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -