1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.
as Trustee for the Certificateholders of SARM
2005-15 and Cross-Defendant Mortgage
Electronic Registration Systems*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF SARM 2005-15, <br><br>  Plaintiff, <br> v. <br><br> VILLA SEDONA COMMUNITY ORGANIZATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br>  Defendants. | Case No.: 2:16-cv-02740-RFB-PAL <br><br> **NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, <br><br>  Counter/Cross Claimant, <br> v. <br><br> WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF SARM 2005-15; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee beneficiary for COUNTRYWIDE HOME LOANS, INC.; and JASON MARINO, an individual | |

1

43752087;1

PLEASE TAKE NOTICE that Plaintiff Wells Fargo Bank, N.A. as Trustee for the Certificateholders of SARM 2005-15 and Cross-Defendant Mortgage Electronic Registration Systems hereby provides notice that Brett M. Combs Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Plaintiff Wells Fargo Bank, N.A and Cross-Defendant Mortgage Electronic Registration Systems. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and Scott R. Lachman, Esq., and receive all future notices.

Respectfully submitted, this 5th day of January, 2018.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Wells Fargo Bank, N.A. as Trustee for the Certificateholders of SARM 2005-15 and Cross-Defendant Mortgage Electronic Registration Systems*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 10, 2018

UNITED STATES MAGISTRATE JUDGE

43752087;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** addressed to:

| | |
|---|---|
| Edward D. Boyack, Esq.<br>**Boyack Orme & Anthony**<br>7432 W. Sahara Ave., Ste. 101<br>Las Vegas, Nevada 89117<br>*Attorneys for Villa Sedona Community Organization* | Jacqueline A. Gilbert, Esq<br>Karen L. Hanks, Esq.<br>Diana S. Ebron, Esq.<br>**Kim Gilbert Ebron**<br>7625 Dean Martin Dr., Ste. 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

43752087;1