ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff Wells Fargo Bank, N.A. as Trustee for the Certificateholders of SARM 2005-15 and cross-defendant Mortgage Electronic Registration Systems*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF SARM 2005-15, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>VILLA SEDONA COMMUNITY ORGANIZATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br>　　　　　Defendants. <br><br>SFR INVESTMENTS POOL 1, LLC, <br><br>　　　　　Counter/Cross Claimant, <br><br>v. <br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF SARM 2005-15; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee beneficiary for COUNTRYWIDE HOME LOANS, INC.; and JASON MARINO, an individual <br><br>　　　　　Counter/Cross Defendants. | Case No.: 2:16-cv-02740-RFB-PAL <br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1

48586849;1
48586849;1

Plaintiff and counter-defendant Wells Fargo Bank, N.A., as Trustee for the Certificateholders of SARM 2005-15 and cross-defendant Mortgage Electronic Registration Systems, Inc. (**MERS**) provide notice Vatana Lay is no longer associated with the law firm of Akerman LLP.

Wells Fargo and MERS request Mr. Lay be removed from the CM/ECF service list.

DATED April 11, 2019.

**AKERMAN LLP**

/s/ *Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Wells Fargo Bank, N.A. as Trustee for the Certificateholders of SARM 2005-15 and cross-defendant Mortgage Electronic Registration Systems, Inc.*

**IT IS SO ORDERED** this 15th day of April, 2019.

Peggy A. Leen
United States Magistrate Judge

<mark>2</mark>

<mark>48586849;1
48586849;1</mark>